of Monroe county, costs to abide the event. Opinion by Haight, J.

The People of the State of New York ex rel. Dunkirk and Fredonia Railroad Company v. The City of Dunkirk. — The assessment and the confirmation of it by the common council affirmed, with costs and disbursements to the relator, which are fixed at fifty dollars. Opinion by Bradley, J.; Barker, J., not sitting.

In the Matter of Proving the Alleged Will of Lucius·Waldo, Deceased. — Decree of surrogate reversed and issues ordered to be tried at the Steuben Circuit before a jury. The form of the order to be settled by Mr. Justice Barker. Opinion by Barker, J.

The Rochester Flour City Savings and Aid Association, Respondent, v. Crescentia Gomo, Appellant, Impleaded, etc., Respondent. — Judgment affirmed, with costs. Opinion by Barker, J.

In the Matter of the Judicial Settlement of the Accounts of William C. Tallmage, Executor, etc., of Charles Tibbitts, Deceased. Decree affirmed, with costs. Opinion by Haight, J.

John Grant, Appellant; v. James Keep, Respondent. — Judgment of the County Court and that of the justice reversed. Opinion by Bradley, J.

Benjamin Gould, Plaintiff, v. The Cayuga County National Bank of Auburn and others, Defendants. — New trial ordered, costs to abide the event. Opinion by Barker, J.

The Keuka Navigation Company, Appellant, v. Jane Holmes, Respondent. — Judgment affirmed, with costs. Opinion by Smith, P. J.

Lydia A. Robbins, Appellant, v. Daniel;Hartnet, Respondent. — Judgment of the County Court reversed and that of the justice affirmed, with costs. Opinion by Smith, P. J.

The Board of Commissioners of the City of Auburn, Respondent, v. Cary S. Burtis and others, Appellants. — Judgment and order affirmed. Opinion by Barker, J.; Haight, J not voting.

Hobart F. Atkinson, as Receiver, etc., Appellant, v. Milton Stafford, Respondent. — Judgment and order affirmed. Opinion by Haight, J.; Smith, P. J., taking no part.

The First National Bank of Batavia, Respondent. v. Horatio N. Ege and others, Appellants. — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by Barker, J.

David Soule and others, Appellants, v. Samuel Osterhout and others, Respondents. — Order affirmed, with ten dollars costs and disbursements. Opinion by Haight, J.; Barker, J., not sitting.

John Tufts, Appellant, v. Holmes C. Lucas, Respondent. — Judgment and order reversed and new trial ordered in the County Court of Ontario county, costs to abide event. Opinion by Haight, J.

Margaret C. Remington, Respondent, v. William H. Walker, Executor, etc., Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Bradley, J.

Isabella Mead, Respondent, v. Isaac J. Stratton and others, Appellants. — Judgment affirmed, with costs, with leave to the defendant to answer within twenty days, on payment of costs of the demurrer and of this appeal. Opinion by Haight, J.

David Rose, Respondent, v. John Rose, Appellant. — Judgment affirmed, with costs. Opinion by Bradley, J.

Dennis McCarthy and others, Appellants, v. Leander Pitts and others, Respondents. — Judgment affirmed, with costs. Opinion by Smith, P. J.·

Joel Wheeler and others, Appellants, v. William W. Lawrence, Respondent. — Judgment affirmed. Opinion by Barker, J.

Henry Nugent, Respondent, v. Ely B. Jacobs, Appellant. — Judgment affirmed, with costs. Opinion by Bradley, J.

Henry D. Tucker, Respondent, v. Caroline L. Ely and others, Appellants. — Judgment and order affirmed. Opinion by Haight, J.

George W. Funk, Appellant, v. John W. Alexander, Respondent. — Judgment modified as indicated in the opinion, and as modified affirmed, without costs of the appeal to either party. Opinion by Smith, P. J.; Haight, J., not voting.

Edward Madden, Respondent, v. Charles B. Benedict, Appellant. — Judgment and order affirmed. Opinion by Smith, P. J.; Barker, J., not sitting.

Jacob Falkel v. George Moore and others. — Motion for reargument denied. Per Curiam opinion left with clerk.

Maggie Scott McNaughton, by Guardian, etc., Appellant, v. James Frazer, Executor, etc., and others, Respondents. — Order reversed and decree opened in the particulars mentioned in the opinion. Order to be settled and opinion by Bradley, J.

William T. Merrill, Respondent, v. Edmund F. Clark and another, Appellants. — Judgment modified by deducting therefrom the sum of $400, as of the date of the decision, which was allowed for a deficiency, and as modified affirmed, without costs of this appeal to either party. Corlett, J., dissents and reads an opinion.

Amelia A. Bartholomew, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. Judgment and order affirmed. Opinion by Corlett, J.; Smith, P. J., not sitting.

William Burke, Appellant, v. John Quinn, Respondent. — Judgment affirmed. Opinion by Bradley, J.; Smith, P. J., not voting.

Perry J. Tobin, Respondent, v. James H. Fisher, Appellant. — Judgment of the County Court and that of the justice reversed. Opinion by Barker, J.; Smith, P. J., not sitting.

Nathan P. Pond, as Assignee, etc., Respondent, v. Chauncey C. Starkweather and others, Appellants. — Judgment and order affirmed. Opinion by Barker, J.; Smith, P. J., taking no part.

John A. Campbell, Respondent, v. Edmund Kelly, Appellant. — Judgment affirmed. Opinion by Corlett, J.

William T. Stout, Appellant, v. James Liddell, Respondent. Judgment affirmed. Opinion by Bradley, J.

Peter W. Dafoe, Respondent, v. Marvin L. Hess, Appellant. — Judgment and order affirmed. Opinion by Corlett, J.

Thomas R. Boone, Respondent, v. Joseph F. Kalb, Appellant. — Judgment affirmed. Opinion by Smith, P. J.

The Commercial Bank of Keokuk, Iowa, Respondent, v. Christian Pfeiffer and others, Appellants. — Judgment affirmed. Opinion by Bradley, J.; Barker, J., not sitting.

The Third National Bank of Buffalo, Appellant, v. Lucien T. Cornes and others, Respondents. — Judgment affirmed, with costs. Opinion by Smith, P. J.

James H. Polley, Plaintiff, v. The City of Buffalo, Defendant. — A new trial denied and judgment ordered for the plaintiff on the verdict. Opinion by Corlett, J.

William Sutherland and others, Appellants, v. Cady E. Reed and others, Executors, etc., Respondents. — Judgment affirmed, with costs. Opinion by Corlett, J.

John A. Stetson, Jr., Appellant, v. William A. Weaver and others, Respondents. — Judgment affirmed. Opinion by Corlett, J.

Persons S. Barnard, Respondent, v. Frank N. Farnham and others, Appellants. — Order affirmed. Opinion by Corlett, J.; Barker, J., not sitting.